UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JACOB YOUNG,

    Plaintiff,

  v.

CITY & COUNTY OF SAN FRANCISCO, et al.,

    Defendants.

Case No. 26-cv-02410-HSG

**ORDER TO SHOW CAUSE**

Re: Dkt. No. 30

   ORDER by Hon. Haywood S. Gilliam, Jr. **DIRECTING** Defendants **TO SHOW CAUSE** why Dkt. No. 17 the motion to dismiss should not be terminated as moot in light of Dkt. No. 30, Plaintiff's amended complaint.  Defendant shall file a statement of two pages or less by July 9, 2026.

   **IT IS SO ORDERED.**

Dated:  7/2/2026

HAYWOOD S. GILLIAM, JR.
United States District Judge

United States District Court
Northern District of California