UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JACOB YOUNG,

           Plaintiff,

     v.

CITY & COUNTY OF SAN FRANCISCO, et al.,

           Defendants.

Case No. 26-cv-02410-HSG

**ORDER DISCHARGING ORDER TO SHOW CAUSE**

Re: Dkt. Nos. 33, 34

ORDER by Hon. Haywood S. Gilliam, Jr. TERMINATING AS MOOT Dkt. No. 17, the pending motion. In light of Dkt. No. 34, Defendant's response to the order to show cause, the Court further DISCHARGES Dkt. No. 33, the order to show cause. The Court also RESETS the initial case management conference previously set for July 16, 2026, to July 28, 2026 at 2:00 p.m. The hearing will be held by Public Zoom Webinar. All counsel, members of the public, and media may access the webinar information at https://www.cand.uscourts.gov/hsg. All attorneys and pro se litigants appearing for the case management conference are required to join at least 15 minutes before the hearing to check in with the courtroom deputy and test internet, video, and audio capabilities. To the extent they have not already done so, the Court further DIRECTS the parties to submit any case management statement by July 21, 2026.

     **IT IS SO ORDERED.**

Dated: 7/7/2026

_____

HAYWOOD S. GILLIAM, JR.
United States District Judge

United States District Court
Northern District of California